# STATE OF MICHIGAN

# COURT OF APPEALS

JENNIFER L. TERRY, Individually and as Next
Friend of JULIAN S. TERRY, Minor,

       Plaintiff-Appellant,

v

CONSUMERS ENERGY COMPANY and
MICHIGAN BELL TELEPHONE COMPANY,
d/b/a AT&T MICHIGAN,

       Defendants-Appellees.

UNPUBLISHED
February 16, 2016

No. 325017
Jackson Circuit Court
LC No. 14-000556-NO

Before: O'CONNELL, P.J., and OWENS and BECKERING, JJ.

BECKERING, J. (*concurring*).

       I concur in result only.

                               /s/ Jane M. Beckering

-1-